## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

KEITH WILBANKS, Individually;
LAURA WILBANKS, Individually; and
Keith Wilbanks and Laura Wilbanks as the
Personal Representatives and Wrongful Death
Beneficiaries of MASON KEITH WILBANKS, Deceased                    **PLAINTIFFS**

V.                                                    CIVIL ACTION NO. 3:22-CV-146-DMB-JMV

RQL EXPRESS, LLC                                                    **DEFENDANT**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion *ore tenus* of the parties to dismiss

plaintiffs cause of action with prejudice, and this Court, having considered the same and being

fully advised in the premises, is of the opinion that said motion is well-taken and should be, and

the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is

hereby, dismissed with prejudice with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 28th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO:

_____
John Booth Farese, Esq. – MS Bar #5136
*Attorney for Plaintiffs*

_____
Robert F. Stacy, Jr., Esq. – MS Bar #7764
*Attorney for Defendant*

{D1178797.1}

**Presented by:**

ROBERT F. STACY, JR. – MS BAR NO. 7764
*rstacy@danielcoker.com*
LAUREN E. WARD – MS BAR NO. 105019
*lward@danielcoker.com*
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: 662-232-8979
FACSIMILE: 662-232-8940